UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVIE B. TATUM,

                Plaintiff,

- against -

THE CITY OF NEW YORK, CORRECTION OFFICER RENE JACKSON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, and TERREEM MARTIN,

                Defendants.

**ORDER**

No. 06-cv-4290 (PGG)(GWG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the parties' joint proposed voir dire, jury charge, and verdict sheet shall be filed electronically and submitted to the Court by e-mail (in Microsoft Word) no later than 5:00 p.m. on June 12, 2009. It is further ORDERED that counsel for all parties shall appear at 9:00 a.m. on June 22, 2009.

Dated: New York, New York
       June 9, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Copy sent to:

Terreem Martin
DIN 05-A-2235
Otisville Correctional Facility
57 Sanitorium Road
P.O. Box 8
Otisville, New York 10963-0008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/09